IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                              No. 4:04CR00016 SWW

BOBBY KEITH MOSER

**AMENDED FINAL ORDER OF FORFEITURE**

WHEREAS, on February 22, 2006, this Court entered a Final Order of Forfeiture, ordering defendant to forfeit as partial satisfaction of a personal money judgment:

(a) All funds seized from him to date, including $252,648.51 (plus interest) that is proceeds from the sale of his home currently on deposit with the Clerk of the Court;

(b) $518,437.18 seized on March 2, 2004 from account #8609182 at National Bank of Commerce, Memphis, TN;

(c) $223,950.21 seized on March 22, 2004 from bank account #4037863 at Twin City Bank, North Little Rock, AR;

(d) $34,500.00 seized on April 1, 2004 from the defendant in the Republic of Madagascar;

(e) $41,233.00 seized on May 20, 2004 from the defendant (found in luggage) in the Republic of Madagascar.

(f) One 2000 Harley Davidson Motorcycle, VIN 1HD1BJY17YY066624;

(g) Property in Sarasota County, Florida, Parcel 0983-04-6516, Lots 16 and 17 Block 465 8th Add to Port Charlotte

WHEREAS, the United States of America failed to include $32,277.94 in U. S. Currency in the Final Order filed on February 22, 2006, as set out in it's Motion to Amend Final Order of

1

Forfeiture. It is therefore forfeited to the United States pursuant to Title 21, United States Code, Section 853(n)(7), as incorporated by Title 28, United States Code, Section 2461(c).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Final Order of Forfeiture is amended to recognize the $32,277.94 in U. S. Currency as forfeited and that all right, title and interest to the properties described above are hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

SO ORDERED this 30th day of March, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE