```
          IN THE UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF ARKANSAS
```

UNITED STATES OF AMERICA

v.                                  No. 4:04CR00016 SWW

BOBBY KEITH MOSER

### AMENDED FINAL ORDER OF FORFEITURE

WHEREAS, on February 22, 2006, this Court entered a Final Order of Forfeiture, ordering defendant to forfeit as partial satisfaction of a personal money judgment:

(a) All funds seized from him to date, including $252,648.51 (plus interest) that is proceeds from the sale of his home currently on deposit with the Clerk of the Court;

(b) $518,437.18 seized on March 2, 2004 from account #8609182 at National Bank of Commerce, Memphis, TN;

(c) $223,950.21 seized on March 22, 2004 from bank account #4037863 at Twin City Bank, North Little Rock, AR;

(d) $34,500.00 seized on April 1, 2004 from the defendant in the Republic of Madagascar;

(e) $41,233.00 seized on May 20, 2004 from the defendant (found in luggage) in the Republic of Madagascar.

(f) One 2000 Harley Davidson Motorcycle, VIN 1HD1BJY17YY066624;

(g) Property in Sarasota County, Florida, Parcel 0983-04-6516, Lots 16 and 17 Block 465 8th Add to Port Charlotte

WHEREAS, the Final Order was amended on March 30, 2006, to include the $32,277.94 in U. S. Currency;

WHEREAS, the United States of America seeks to amend the Order of Forfeiture to include:

$38,815.00 in U. S. Currency from the Jewell Law Firm

Pension Trust, Account Number 252662, Metropolitan National Bank, Little Rock, AR;

$44,819.46 in U. S. Currency from the Legal Advantage Retirement Trust, Account Number 252530, Metropolitan National Bank, Little Rock, AR;

$74,793.29 from the Jewell Law Firm Retirement Trust, Account Number 252603, Metropolitan National Bank, Little Rock, AR.

Accordingly, it is hereby

1. ORDERED that the $38,815.00 in U. S. Currency, the $44,819.46 in U. S. Currency, and the $74,793.29 in U. S. Currency, described above is forfeited to the United States, pursuant to Rule 32.2(e)(1)(A) of the Federal Rules of Criminal Procedure;

2. IT IS FURTHER ORDERED that the Order of Forfeiture of March 30, 2006, is hereby amended to include the $38,815.00 in U. S. Currency, the $44,819.46 in U. S. Currency, and the $74,793.29 in U. S. Currency, that was seized on June 12, 2006;

3. IT IS FURTHER ORDERED that the $38,815.00 in U. S. Currency, the $44,819.46 in U. S. Currency, and the $74,793.29 in U. S. Currency, seized by the government be held in its custody pending the conclusion of the ancillary proceeding;

4. IT IS FURTHER ORDERED that it shall be the responsibility of the United States to notify all interested parties of their right to file a claim asserting legal right, title or interest in all property subject to this Order pursuant to Title 21, United States Code, Section 853(n);

5. IT IS FURTHER ORDERED that as soon as the ancillary

proceeding following the issuance of this Order is complete, or if no third party petitions are filed, as soon as the 30-day period for filing such claims has expired, the United States shall file a motion and proposed Final Order of Forfeiture.

SO ORDERED this 19TH day of June, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE