THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| UNITED STATES OF AMERICA | * | |
| --- | --- | --- |
| | * | |
| VS. | * | |
| | * | |
| BOBBY KEITH MOSER | * | NO: 4:04CR00016 SWW |
| | * | |
| | * | |

## ORDER

Before the Court is (1) Petitioner Barry Jewell's unopposed motion to file a response to the United States' motion for discovery and (2) Petitioner Jewell's unopposed motion for an extension of time in which to file a response. The motions (docket entry #89) are GRANTED. Petitioner may file his response under seal, and he has up to and including September 8, 2006 in which to file his response.

IT IS SO ORDERED THIS 30TH DAY OF AUGUST, 2006.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE