**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | * * * | |
| VS. | * * | |
| BOBBY KEITH MOSER | * * | NO: 4:04CR00016 SWW |

**ORDER**

Before the Court is the United States' third motion to amend the final order of forfeiture (docket entry #136). Federal Rule of Criminal Procedure 32.2(e)(1)(A) provides that on the Government's motion, a court may at any time amend an existing order of forfeiture to include property that is subject to forfeiture under an existing order of forfeiture but was located and identified after that order was entered. *See* Fed. R. Civ. P. 32.2(e)(1)(A). The statute authorizing forfeiture in this case, 21 U.S.C. § 853, provides for the forfeiture of (1) any property constituting or derived from any proceeds a convicted person obtained, directly or indirectly, as the result of his crimes and (2) any of the convicted person's property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of his crimes. *See* 21 U.S.C. § 853(a)(1)-(2).

In support of its third motion to amend the final order of forfeiture, the Government states as follows:

> On June 1, 2007 the United States was notified of monies held in trust with the Clerk of Pulaski County Circuit Court Sixth Division in the amount of $ 22,299.48. These monies are the disbursement proceeds of the dissolved entities of Keith Moser, Pulaski County Circuit Court, Sixth Division *Barry Jewell v. Keith Moser*, ET AL

1

CV 2003-6891. The United States seeks to forfeit this money as partial satisfaction of the forfeiture money judgment order entered against defendant, pursuant to Rule 32.2(e)(1)(A) of the Federal Rules of Criminal Procedure.

The Court is without information necessary to determine whether the $22,299.48 held in trust with the Circuit Court is subject to forfeiture under § 853(a).  Accordingly, the Government has up to and including fifteen days from the entry date of this order to supplement its motion with information showing that the funds are subject to forfeiture under § 853(a).

IT IS SO ORDERED THIS 30TH DAY OF OCTOBER, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE