IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

vs.                                          No. 4:04CR00041 SWW
                                             No. 4:04CR00016 SWW

BOBBY KEITH MOSER                                                 DEFENDANT
BARRY JEWELL, *et al.*                                            PETITIONER

**AMENDED FINAL ORDER OF FORFEITURE**

WHEREAS, on February 22, 2006, this Court entered a Final Order of Forfeiture, ordering defendant to forfeit as partial satisfaction of a personal money judgment in the amount of $ 1,888,652.30:

(a)   All funds seized from him to date, including $252,648.51 (plus interest) that is proceeds from the sale of his home currently on deposit with the Clerk of the Court;

(b)   $518,437.18 seized on March 2, 2004 from account #8609182 at National Bank of Commerce, Memphis, TN;

(c)   $223,950.21 seized on March 22, 2004 from bank account #4037863 at Twin City Bank, North Little Rock, AR;

(d)   $34,500.00 seized on April 1, 2004 from the defendant in the Republic of Madagascar;

(e)   $41,233.00 seized on May 20, 2004 from the defendant (found in luggage) in the Republic of Madagascar.

(f)   One 2000 Harley Davidson Motorcycle, VIN 1HD1BJY17YY066624;

(g)   Property in Sarasota County, Florida, Parcel 0983-04-6516, Lots 16 and 17 Block 465 8th Add to Port Charlotte

WHEREAS, the Final Order was amended on March 30, 2006, to include the $32,277.94 in U. S. Currency;

WHEREAS, the Final Order was amended on June 19, 2006 to include:

$38,815.00 in U. S. Currency from the Jewell Law Firm Pension Trust, Account Number 252662, Metropolitan National Bank, Little Rock, AR;

$44,819.46 in U. S. Currency from the Legal Advantage Retirement Trust, Account Number 252530, Metropolitan National Bank, Little Rock, AR;

$74,793.29 from the Jewell Law Firm Retirement Trust, Account Number 252603, Metropolitan National Bank, Little Rock, AR.

WHEREAS, the United States of America seeks to amend the Order of Forfeiture to release:

$38,815.00 in U. S. Currency from the Jewell Law Firm Pension Trust, Account Number 252662, Metropolitan National Bank, Little Rock, AR;

$44,819.46 in U. S. Currency from the Legal Advantage Retirement Trust, Account Number 252530, Metropolitan National Bank, Little Rock, AR;

$74,793.29 from the Jewell Law Firm Retirement Trust, Account Number 252603, Metropolitan National Bank, Little Rock, AR.

Accordingly, it is hereby

1. ORDERED that

$38,815.00 in U. S. Currency from the Jewell Law Firm Pension Trust, Account Number 252662, Metropolitan National Bank, Little Rock, AR;

$44,819.46 in U. S. Currency from the Legal Advantage Retirement Trust, Account Number 252530, Metropolitan National Bank, Little Rock, AR;

$74,793.29 from the Jewell Law Firm Retirement Trust, Account Number 252603, Metropolitan National Bank, Little Rock, AR.

is released to petitioner Barry Jewell

2. IT IS FURTHER ORDERED, that these funds be transferred to the trust account of Lax, Vaughan, Fortson, McKenzie & Rowe, P.A., Regions Bank, 400 West Capitol Avenue, Little Rock, Arkansas 72201, to the account no. by use of the routing transit number set forth in the

automated clearinghouse enrollment form, Exhibit A to this order, which the Clerk is directed to file UNDER SEAL.

      SO ORDERED this 14th day of May 2008.

                                        /s/Susan Webber Wright

                                        UNITED STATES DISTRICT JUDGE

**EXHIBIT A - UNDER SEAL**