IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA             PLAINTIFF

vs.             No. 4:04CR00041 SWW
            No. 4:04CR00016 SWW

BOBBY KEITH MOSER             DEFENDANT

## AMENDED FINAL ORDER OF FORFEITURE

WHEREAS, on February 22, 2006, this Court entered a Final Order of Forfeiture, ordering defendant to forfeit as partial satisfaction of a personal money judgment in the amount of $ 1,888,652.30:

(a) All funds seized from him to date, including $252,648.51 (plus interest) that is proceeds from the sale of his home currently on deposit with the Clerk of the Court;

(b) $518,437.18 seized on March 2, 2004 from account #8609182 at National Bank of Commerce, Memphis, TN;

(c) $223,950.21 seized on March 22, 2004 from bank account #4037863 at Twin City Bank, North Little Rock, AR;

(d) $34,500.00 seized on April 1, 2004 from the defendant in the Republic of Madagascar;

(e) $41,233.00 seized on May 20, 2004 from the defendant (found in luggage) in the Republic of Madagascar.

(f) One 2000 Harley Davidson Motorcycle, VIN 1HD1BJY17YY066624;

    (g)    Property in Sarasota County, Florida, Parcel 0983-04-6516, Lots 16 and 17 Block 465 8th Add to Port Charlotte

WHEREAS, the Final Order was amended on March 30, 2006, to include the $32,277.94 in U. S. Currency;

WHEREAS, the Final Order was amended on June 19, 2006 to include:

$38,815.00 in U. S. Currency from the Jewell Law Firm Pension Trust, Account Number 252662, Metropolitan National Bank, Little Rock, AR;

$44,819.46 in U. S. Currency from the Legal Advantage Retirement Trust, Account Number 252530, Metropolitan National Bank, Little Rock, AR;

$74,793.29 from the Jewell Law Firm Retirement Trust, Account Number 252603, Metropolitan National Bank, Little Rock, AR.

WHEREAS, the Final Order was amended on May 15, 2008, returning the above stated funds directly to the accounts from which they were seized.

WHEREAS, the United States of America seeks to amend the Final Order of Forfeiture to include:

1. Metropolitan National Bank Account No. 5011957 maintained by Bobby Keith Moser in the amount of $25,501.39, that was voluntarily released to the United States; and

2. Metropolitan National Bank Account No. 222321 maintained by Bobby Keith Moser in the amount of $8,772.75, that was voluntarily released to the United States.

IT IS ORDERED, ADJUDGED AND DECREED that the Final Order of Forfeiture is amended to include the $25,501.39 in U. S. Currency from the Metropolitan National Bank Account No. 5011957, and $8,772.75 in U. S. Currency from the Metropolitan National Bank Account No. 222321, both accounts maintained by Bobby Keith Moser, and voluntarily released to the United States of America, United States Department of Treasury.

IT IS FURTHER ORDERED that it shall be the responsibility of the United States to publish notice of the forfeiture pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

IT IS FURTHER ORDERED that as soon as the ancillary proceeding following the issuance of this order is complete, or if no third party petitions are filed, as soon as the 30 day period for filing such claims has expired, the United States shall file a motion and proposed Amended Final Order of Forfeiture.

SO ORDERED this 6th day of November, 2008.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE