**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | NO: 4:04CR0016 SWW |
| V. | * | |
| | * | NO: 4:04CR00041 SWW |
| BOBBY KEITH MOSER | * | |

**AMENDED ORDER OF RESTITUTION**

Before the Court is the United States' motion for a corrected and modified restitution order. The time for filing a response has passed, and no objections have been filed. Accordingly, the motion (docket entry #191) is GRANTED, and the Judgment in this case is amended to include that following corrected and modified restitution order:

The defendant must make restitution to the following payees in the amount listed below:

| **NAME OF PAYEE** | **RESTITUTION ORDERED** |
|---|---|
| Sharon Dial | $477.484.01 |
| Tao Klien (Campbell) | $160,000.00 |
| Jim David or Mike Sims | $136,000.00 |
| Kenneth and Hudson Way | $783,919.88 |
| Joyce McAlister | $143,194.85 |
| Bettie Hoyt | $25,648.82 |
| Sam R. Clark | $32,778.61 |
| Mary S. Pemberton Trust | $3,332.71 |
| Arkansas Supreme Court Client Security Fund | $280,000.00 |
| Anchor Bay Entertainment | $148,335.00 |

Internal Revenue Service $212,648.19

        TOTAL $2,403,342.07

IT IS SO ORDERED THIS   13th   DAY OF MAY, 2010.

                                              /s/Susan Webber Wright
                                            UNITED STATES DISTRICT JUDGE